# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:13-cr-34-MW/GRJ

ALFRED JOSEPH ZEBLEY,

   Defendant.

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 33, to which there has been no timely objection, and subject to this Court's consideration of the plea agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of Guilty of the Defendant, Alfred Joseph Zebley, to Count One of the Indictment is hereby **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

**SO ORDERED on May 15, 2014.**

                                                     s/Mark E. Walker_____
   United                                                    States District Judge